| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2015** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Saporito, Joseph F. | 2. Court or Organization<br><br>United States District Court Middle District of Pennsylvania | 3. Date of Report<br><br>09/16/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (Full Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Max Rosenn United States Courthouse
197 South Main Street, Suite 161
Wilkes-Barre, PA 18702

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Saporito, Saporito & Falcone |
| 2. | Employee | Office of the Public Defender of Luzerne County |
| 3. | President | Luzerne County Bar Association Charitable Foundation, Inc. |
| 4. | Director/Secretary | Earthly Angels Autism Board |
| 5. | Co-Trustee | Trust #1 |
| 6. | Co-Trustee | Trust #2 |
| 7. | Co-Trustee | Trust #3 |
| 8. | Co-Trustee | Trust #4 |
| 9. | Co-Trustee | Trust #5 |
| 10. | Trustee | Trust #6 |
| 11. | Trustee | Trust #7 |
| 12. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 09/16/2016 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1985 | Luzerne County, PA Defined Benefit Pension Plan |
| 2. 2015 | Saporito, Saporito & Falcone Payment of book value of interest in former law firm and sharing in future contingent fees reflecting value of services rendered. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 09/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Saporito, Falcone & Watt (1-1-2015 - 2-11-2015) | $15,695.00 |
| 2. 2015 | Saporito, Falcone & Watt (contingent fee payments and return of Capital under Agreement) | $58,754.00 |
| 3. 2015 | Luzerne County (Arbitration Fees received January 2015) | $250.00 |
| 4. 2015 | Luzerne County (Salary, January, 2015) | $1,968.47 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Luzerne Intermediate Unit #18 - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 09/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Lackawanna County Bar Association | Donation toward Investiture | $1,000.00 |
| 2. | Middle District of Pennsyvania Chapter, Federal Bar Association | Donation toward Investiture | $1,500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover | Credit Card | J |
| 2. | First National Community Bank | Mortgage on Rental Property #1, Pittston, PA (Pt. VII line1) | K |
| 3. | First National Community Bank | Line of Credit on Rental Property #1, Pittston, PA (Pt. VII line 1) | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Pittston, PA $105,000 | D | Rent | M | S | | | | | |
| 2. Boeing Co. | A | Dividend | K | T | | | | | |
| 3. Dreyfus Worldwide Dollar Money Market | A | Interest | J | T | | | | | |
| 4. Dreyfus Active MidCap Cl A | D | Dividend | M | T | | | | | |
| 5. First National Community Bank Stock | A | Dividend | J | T | | | | | |
| 6. Brokerage Acct # 1 (H) | | | | | | | | | |
| 7. -AFLAC, Inc. | D | Dividend | J | T | | | | | |
| 8. -AMEC Foster Wheeler ADRF | A | Dividend | J | T | Sold (part) | 01/30/15 | J | B | |
| 9. -Bank of America Stock | A | Dividend | L | T | | | | | |
| 10. -BB & T Corp Stock | A | Dividend | J | T | | | | | |
| 11. -Black Rock PA Strat Muni | A | Dividend | J | T | | | | | |
| 12. -Equity Commonwealth | | None | J | T | | | | | |
| 13. -Gabelli Conv. Incm Sec. | A | Dividend | J | T | | | | | |
| 14. -GE Stock | A | Dividend | J | T | | | | | |
| 15. -Nuveen Qual PFD Inc. | A | Dividend | J | T | | | | | |
| 16. -Startek Inc. Stock | | None | J | T | | | | | |
| 17. -Unilever PLC DDR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Waste Management Stock | A | Dividend | J | T | | | | | |
| 19. Wells Fargo Stock | A | Dividend | K | T | | | | | |
| 20. Janus Enterprise Fund D | A | Dividend | J | T | | | | | |
| 21. Lincoln Financial Group | A | Interest | K | T | | | | | |
| 22. Brokerage Acct #2 (H) | | | | | | | | | |
| 23. -Community Bank Systems Stock | A | Dividend | J | T | | | | | |
| 24. -Walt Disney Co. Stock | A | Dividend | K | T | | | | | |
| 25. -DAF S and P 500 Trust 2 | A | Dividend | J | T | | | | | |
| 26. -Davis NY Venture | C | Dividend | K | T | Sold (part) | 07/29/15 | J | B | |
| 27. -Fidelity ADV Diversified | A | Dividend | J | T | Sold (part) | 07/29/15 | J | B | |
| 28. Fidelity VIP Growth Port. | A | Dividend | K | T | | | | | |
| 29. State Farm Life Insurance Co. Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 30. Mony | A | Int./Div. | J | T | | | | | |
| 31. First National Community Bank (Account) | A | Interest | J | T | | | | | |
| 32. Wells Fargo (Accounts) | A | Interest | J | T | | | | | |
| 33. AXA Equitable (Variable) AXA Guaranteed Interest Account | A | Interest | J | T | | | | | |
| 34. Vanguard 500 Index Fund Admiral Shares | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. State Farm Life Insurance Co. Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 36. Wells Fargo (Accounts) | A | Interest | J | T | | | | | |
| 37. Lincoln National life Insurance Co. Universal Life Policy | A | Interest | J | T | | | | | |
| 38. First National Community Bank (Account) | A | Interest | K | T | | | | | |
| 39. Landmark Community Bank (Account) | A | Interest | K | T | | | | | |
| 40. Brokerage Acct. # 3 (H) | | | | | | | | | |
| 41. -Alliance Bernstein IN | A | Dividend | J | T | | | | | |
| 42. -Connagra Foods Stock | A | Dividend | J | T | | | | | |
| 43. -Equity Commonwealth | A | Dividend | J | T | | | | | |
| 44. -GE Stock | A | Dividend | J | T | | | | | |
| 45. -Harsco Corp. Stock | A | Dividend | J | T | | | | | |
| 46. -Hewlett Packard Co. Stock | A | Dividend | J | T | | | | | |
| 47. -Hormel Foods Corp. | A | Dividend | K | T | | | | | |
| 48. -Lockhead Martin Corp. Stock | A | Dividend | K | T | | | | | |
| 49. -Northrop Grumman Co, Stock | A | Dividend | K | T | | | | | |
| 50. -Nuveen Pennsylvania INVE Stock | A | Dividend | J | T | | | | | |
| 51. -Nvidia Corp. Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PPL Corp Stock | A | Dividend | J | T | | | | | |
| 53. -SYSCO Corp. Stock | A | Dividend | J | T | | | | | |
| 54. -TEVA Pharm. Inds. Ltd. F | A | Dividend | J | T | | | | | |
| 55. -Unilever PLC F | A | Dividend | J | T | | | | | |
| 56. -Verizon Communication Stock | A | Dividend | J | T | | | | | |
| 57. -Visa Inc. CL A | A | Dividend | K | T | | | | | |
| 58. -Waste Management Stock | A | Dividend | J | T | | | | | |
| 59. -Xerox Corp. Stock | A | Dividend | J | T | | | | | |
| 60. Brokerage Acct #4 (H) | | | | | | | | | |
| 61. -MS Duel Directional Trigger Plus On The S & P 500 Index | | None | J | T | | | | | |
| 62. -Blackstone/GSO STRAT Credit FD | A | Dividend | J | T | | | | | |
| 63. -Doubleline Income Solutions FD | A | Dividend | J | T | | | | | |
| 64. -John Hancock Hedged EQ & Inc. FD | A | Dividend | J | T | | | | | |
| 65. -Nuveen Short Duratn CR OPP FD | A | Dividend | J | T | | | | | |
| 66. -MS 6.5% contingent Coupon Note Linked to S & P 500 | | None | J | T | | | | | |
| 67. -Blackrock Global Allocation C | | None | J | T | | | | | |
| 68. -Columbia Interm Bond A | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Davis NY Venture C | C | Dividend | K | T | | | | | |
| 70. -First Eagle Overseas C | A | Dividend | J | T | | | | | |
| 71. -Franklin Rising Dividends C | B | Dividend | J | T | | | | | |
| 72. -Good Harbor Tactical Core US C | | None | J | T | | | | | |
| 73. -Oppenheimer Rock Hi Yield Muni C | | None | L | T | | | | | |
| 74. -Oppenheimer Rock PA Muni C | A | Interest | K | T | | | | | |
| 75. -PIMCO ALL Asset ALL Authority C | A | Dividend | J | T | Sold (part) | 05/07/15 | J | | |
| 76. -PIMCO Income C | A | Dividend | J | T | Buy | 05/08/15 | J | | |
| 77. -Prudential High Yield C | A | Dividend | J | T | | | | | |
| 78. -Transamerica High Yield Bond C | A | Dividend | J | T | | | | | |
| 79. -Transamerica Sht Term Bond C | A | Dividend | J | T | | | | | |
| 80. -Western Asset Core Plus BD C | A | Dividend | K | T | | | | | |
| 81. -Unit Claymore Guggenheim Interm Investment GRD Corp 19 | A | Dividend | J | T | | | | | |
| 82. -Unit Guggenheim Energy 17 | | None | J | T | | | | | |
| 83. -Unit INVESCO S & P Dividend Sustainability 2013-14 | A | Dividend | J | T | Sold (part) | 11/05/15 | J | A | |
| 84. -Unit Guggenheim Closed-End Infrastructure & MLP 15 | A | Dividend | J | T | Sold (part) | 11/16/15 | J | | |
| 85. -Unit First Trust WaterUtility Infrastructure Select 31 | A | Dividend | J | T | Sold (part) | 12/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. State Farm Life Ins. Co. Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 87. Dreyfus Active Midcap CLA | A | Dividend | K | T | | | | | |
| 88. PNC Bank (Accounts) | A | Interest | J | T | | | | | |
| 89. American Income Fund | A | Dividend | J | T | | | | | |
| 90. American Capital Income Builder CL C | B | Dividend | K | T | Buy | 04/21/15 | J | | |
| 91. | | | | | Buy | 05/04/15 | J | | |
| 92. | | | | | Buy | 08/03/15 | J | | |
| 93. | | | | | Buy | 08/03/15 | J | | |
| 94. Blackrock Global Allocation FD Inc. C | A | Dividend | K | T | | | | | |
| 95. Clough GLBL OPPTYS | B | Dividend | K | T | | | | | |
| 96. Bank of America NA RASP | A | Interest | J | T | | | | | |
| 97. TYGS Realty Co. (H) | | | | | | | | | |
| 98. - Rental Property No.1, Pittston, PA $113,500 | | Rent | K | S | | | | | |
| 99. - Rental Property No. 2, Pittston, PA $71,100 | | Rent | K | S | | | | | |
| 100. - Rental Property No. 3, Pittston, PA $152,000 | | Rent | K | S | | | | | |
| 101. -Rental Property No. 4, Pittston PA $256,000 | | Rent | L | S | | | | | |
| 102. -Rental Property No. 5, Pittston, PA $300,000 | | Rent | L | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 09/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Fidelity Deposit & Discount Bank (Account) | | Interest | J | T | | | | | |
| 104.  -First National Community Bank (Account) | | Interest | J | T | | | | | |
| 105.  -Vanguard 500 Index Fund Admiral Shares | | Dividend | J | T | | | | | |
| 106.  McHugh Brothers Record Storage Company, Inc. (X) | A | Dividend | J | U | | | | | |
| 107.  Falcone Beverage Distributors, Inc.(X) | D | Dividend | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On the Initial Report submitted July 13, 2015, I listed various Trust assets on items 102 through 131. I previously reported trust assets for Trusts #1-7 inclusive. They are omitted from this report in that reporting of such assets is no longer required under the updates to the Financial Disclosure Filing Instructions for Calendar Year 2015 Reports. Neither I nor my spouse or dependent child created the trusts, received income from them and dod not have a beneficial interest in them.

II. Agreements. Item #2, III. Non-Investment Income. Items #1-2, Source is Saporito, Falcone & Watt, the successor firm to Saporito, Saporito & Falcone.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph F. Saporito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544